# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140362(59)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RONNELL PHILLIP JOHNSON,
          Defendant-Appellant.

SC: 140362
COA: 286096
Washtenaw CC: 07-001499-FC

_____/

       On order of the Court, the motion for reconsideration of this Court's April 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                     _____

d0830                                           Clerk